DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


*A.M.*
FILED
MAY - 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   TRINH and NHIEN TRUONG

Chapter 13
Case No. 04-3-3233 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $172.36 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 005 | CLERK OF THE COURT FOR CHECK N GO OF CALIFORNICA 5155 FINANCIAL WAY MASON, OH 45040 | $172.36 |

Dated:  May 5, 2010

                                      CECILIA MARCELO
                                      Receipts Administrator